**ORIGINAL**

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**CARPENTERS AND JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND, TRUSTS,**

Civil No. 01-330 DWF/AJB

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

**SUPERIOR BUILDERS, INC. and DAVID J. BERG, individually,**

Defendants.

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated August 17, 2001, which ordered Defendant to produce for inspection and audit certain business records for the period July, 1999 through the date of the Order. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on November 16, 2001, at 9:00 a.m. at the United States Courthouse, Courtroom 2, 316 North Robert Street, St. Paul, Minnesota to show cause, if any, why a Contempt of Court Order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce for inspection and audit certain business records for the

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

period July, 1999 through the date of the Order and that Defendant should show cause why he should not be committed to confinement until compliance with the Court's Order of August 17, 2001.

BY THE COURT:

Date: 10/10, 2001

Donovan W. Frank
United States District Court Judge