UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

**CARPENTERS AND JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND, TRUSTS,**

Civil No. 01-330 DWF/AJB

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

**SUPERIOR BUILDERS, INC. and DAVID J. BERG, individually,**

Defendants.

---

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated August 17, 2001, which ordered Defendant to produce for inspection and audit certain business records for the period July, 1999 through the date of the Order. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendant is hereby ordered to personally appear before this Court on **January 11, 2002, at 9:00 a.m.** at the **United States Courthouse, Courtroom 738, 316 North Robert Street, St. Paul, Minnesota** to show cause, if any, why a bench warrant should not be issued for Defendant's failure to comply with the Court's previous Orders dated August 17, 2001, October 10, 2001, and November 28, 2001 and

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Defendant's continued refusal to produce for inspection and audit certain business records for the period July, 1999 through the date of the August 17, 2001 Order.

BY THE COURT:

Date: December 18, 2001

Donovan W. Frank
United States District Court Judge