**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund,
Twin City Carpenters Pension Fund,
Twin City Carpenters Apprenticeship Fund,
National Apprenticeship Training Fund,
and Twin City Carpenters Vacation Fund, Trusts,

Civil No. 01-330 (DWF/AJB)

Plaintiffs,

v.

**BENCH WARRANT**

Superior Builders Inc. and David J. Berg,

Defendants.

The United States Marshall is hereby commanded to arrest Defendant David J. Berg, and bring Defendant before the undersigned for the reason that Defendant failed to appear on February 15, 2002, at 9:00 a.m., and February 19, 2002, at 9:00 a.m., and failed to produce for inspection and audit certain business records for the period July 1999 through the date of the Order to Show Cause, August 17, 2001, pursuant to an Order to Show Cause in the above-entitled case.

The United States Marshal is further commanded to detain Defendant in custody until Defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Dated: February 19, 2002

DONOVAN W. FRANK
Judge of United States District Court

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK