ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**CARPENTERS AND JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND, TRUSTS,**

Plaintiffs,

vs.

**SUPERIOR BUILDERS, INC. and DAVID J. BERG, individually,**

Defendants.

Civil No. 01-330 DWF/AJB

**ORDER**

The above matter came before the Court following Defendants failure to comply with this Court's Order to Show Cause. Defendant David J. Berg appeared before the Court. Plaintiffs were represented by counsel, Pamela H. Nissen.

IT IS HEREBY ORDERED:

1. That by no later than March 11, 2002, David J. Berg will have cooperated and assisted with the production of records from Superior Builders' accountant's office, Lion and Company, located in Maple Grove, Minnesota, including but not limited to, making sure that all appropriate releases and waivers are provided so that the accountant will make all necessary records available for the Funds' auditors.

2. That by no later than March 11, 2002, David J. Berg is directed to comply with all terms of the original order to produce records, and will therefore produce all other



FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

records that are necessary for the completion of the audit, if such records are not available at the accountant's office.

3. That the Court will stay the imposition of further sanctions, including incarceration until the records are produced.

4. That the constructive civil contempt may purged by the production of the records.

5. Plaintiffs are to contact the court if a complete set of records is not produced by March 11, 2002.

6. Service of this Order shall be completed upon the Plaintiffs mailing of same to Mr. David J. Berg, 1653 20th Street, Glenwood City, WI 54013.

IT IS SO ORDERED.

BY THE COURT:

Date: March 5, 2002

Donovan W. Frank
United States District Court Judge