**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund,
Twin City Carpenters Pension Fund,
Twin City Carpenters Apprenticeship Fund,
National Apprenticeship Training Fund,
and Twin City Carpenters Vacation Fund, Trusts,

Civil No. 01-330 (DWF/AJB)

Plaintiffs,

v.

**BENCH WARRANT**

Superior Builders Inc. and David J. Berg,

Defendants.

The United States Marshall is hereby commanded to arrest Defendant David J. Berg, and bring Defendant before the undersigned for the reason that this Court conducted a civil contempt hearing to address Defendant's failure to comply with prior orders of the Court, including failure to appear on February 15, 2002, at 9:00 a.m., and February 19, 2002, at 9:00 a.m., and failure to produce for inspection and audit certain business records for the period of July 1999 through the date of the Order to Show Cause, August 17, 2001. Further, the Court issued an order on March 4, 2002, which required that David Berg produce certain records and cooperate with his accountant to ensure the records were produced. In the Affidavit of Noncompliance signed on March 14, 2002, and filed with the Court, counsel for the Plaintiffs, Pamela Nissen, alleges that, as of March 14, 2002, neither Defendant David J. Berg nor any agent, accountant, or employee has supplied any records to either Plaintiffs or their counsel. Contrary to the representations of Mr. Berg during the hearing on March 1, 2002, there is no listing for a company with the name of Lyon & Company in Maple Grove, or listed with the

FILED MAR 1 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Minnesota Secretary of State. Mr. Berg has made no contact with counsel for the Plaintiffs or the Court since March 1, 2002, despite messages being left by counsel for the Plaintiffs at the telephone number message machine given to the Court and the parties by the Defendant on March 1, 2002. The Defendant, in all respects, has again failed to comply with the orders of this Court.

The United States Marshal is further commanded to detain Defendant in custody until Defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Dated: March 15, 2002

DONOVAN W. FRANK
Judge of United States District Court