**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carpenters and Joiners Welfare Fund, Twin City Carpenters Pension Fund, Twin City Carpenters Apprenticeship Fund, National Apprenticeship Training Fund, and Twin City Carpenters Vacation Fund, Trusts,

Plaintiffs,

v.

Superior Builders Inc. and David J. Berg,

Defendants.

Civil No. 01-330 (DWF/AJB)

**ORDER**

---

Pamela H. Nissen, Esq., McGrann Shea Franzen Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiffs.

Kevin M. O'Brien, Esq., Barristers Trust Building, 247 Third Avenue South, Minneapolis, MN 55415, counsel for Defendant David J. Berg.

---

The above matter came before the Court pursuant to a Bench Warrant that was issued for the detention of Defendant David J. Berg ("Defendant"). The Defendant had been before the Court previously for civil contempt for failure to comply with prior orders of the Court, including failure to appear on February 15, 2002, at 9:00 a.m., and February 19, 2002, at 9:00 a.m., and failure to produce for inspection and audit certain business records for the period of July 1999 through the date of the Order to Show Cause, August 17, 2001.

Further, the Court issued an order on March 4, 2002, which required that the Defendant produce certain records and cooperate with his accountant to ensure that the records were produced. In the Affidavit of Noncompliance signed on March 14, 2002, and filed with the court, counsel for

FILED MAR 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Plaintiffs, Pamela Nissen, alleged that, as of March 14, 2002, the Defendant nor anyone on his behalf had supplied any records to either the Plaintiffs or their counsel, or to the Court.

The Defendant appeared, along with court-appointed counsel, Kevin O'Brien. The Plaintiffs were represented by Pamela H. Nissen.

Based upon the procedural status of the case and the presentations of the parties, and the Court being duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. The Defendant, David J. Berg, is released from custody of the United States Marshal on the following terms and conditions:

   a. That in addition to the information provided to the Plaintiffs on March 25, 2002, the Defendant shall provide by the end of the business day, Wednesday, April 3, 2002, financial records as specified by counsel for the Plaintiffs to the Defendant and counsel in open court;

   b. That counsel for the Plaintiffs shall reply to any submissions to the Plaintiffs by no later than Friday, April 5, 2002, with respect to any alleged deficiencies;

   c. That both counsel shall notify the Court as to whether good faith compliance has been made by the Defendant with the prior orders of the Court for the production of records;

   d. That in the event the parties do not agree that there has been good faith compliance, the Court shall be so notified, in which case a constructive civil contempt hearing shall be held on Monday, April 8, 2002, at 3:00 p.m. In the event the parties agree that the Defendant has complied with the existing order of the

Court, the constructive civil contempt finding of this Court shall be purged from the record of the Defendant and the hearing shall be canceled.

e. That consistent with the Court's remarks off the bench on March 25, 2002, in the event the Defendant again fails to comply with the orders of this Court and in the event the Defendant fails to appear for the hearing on Monday, April 8, 2002, at 3:00 p.m., the Court will reissue a warrant for the detention of the Defendant in order to secure compliance with existing orders of the Court.

Dated: March 27, 2002

DONOVAN W. FRANK
Judge of United States District Court