# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

carpenters and Joiners Welfare Fund,
Twin City Carpenters Pension Fund, Twin
City Carpenters Apprenticeship Fund,
National Apprenticeship Training Fund,
Twin City Carpenters Vacation Fund, Case No. Civil 01-330 DWF/AJB

Plaintiff

v. **JUDGMENT IN A CIVIL CASE**

Superior Builders Inc. and
David J. Berg

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for entry of money judgment is granted. That Plaintiff's shall have judgement, joint and several against Defendants in the amount of $31,239.87.

DATE: September 6, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

39